IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00171-BNB

JOE RAMIREZ,

    Plaintiff,

v.

SHERIFF JOHN COOKE,
UNDER SHERIFF JACK McGRATH,
BUREAU CHIEF STERLING GEESAMAN, and
COMMANDER GREGORY BROSWELL,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, when applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, when applicable, to a magistrate judge.

DATED February 4, 2014, at Denver, Colorado.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge