IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.:  14-cv-00171-RBJ-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:   April 22, 2014 | Courtroom Deputy: Emily Seamon |

*Parties:*                                                                                             *Counsel:*

JOE RAMIREZ,                                                                             Pro se *(by telephone)*

      Plaintiff,

v.

SHERIFF JOHN COOKE,                                                              Mark Ratner
UNDER SHERIFF JACK MCGRATH,
BUREAU CHIEF STERLING GEESAMAN,
and
COMMANDER GREGORY BROSWELL,

      Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in session:      10:19 a.m.**
Court calls case.  Appearances of counsel and pro se plaintiff.

**ORDERED:**  Plaintiff's Motion to Amend Complaint [Doc. No. 30] is GRANTED.  Complaint is amended to add the following sentence to paragraph 9: "Also during this time the plaintiff has suffered deterioration of his muscles to which he has lost 8 pounds."

Court discusses complaint with Plaintiff.  Discussion regarding outdoor exercise and conditions of confinement.  Court notes Defendants' Motion to Dismiss doesn't speak to the issues in the complaint.

**ORDERED:**  Defendants' Oral Motion to Withdraw Defendants' Motion to Dismiss Plaintiff's Complaint is GRANTED.  Defendants' Motion to Dismiss [Doc. No. 24] is WITHDRAWN.  Defendants have 10 calendar days from today's date to file a

       new motion to dismiss.

**ORDERED:**  Defendants' Motion to Stay Discovery [Doc. No. 25] is GRANTED.

Hearing Concluded.

**Court in recess:**     **10:46 a.m.**
Total time in court:    00:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.