**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00171-RBJ-CBS

JOE RAMIREZ,

    Plaintiff,

v.

SHERIFF JOHN COOKE,
UNDER SHERIFF JACK MCGRATH,
BUREAU CHIEF STERLING GEESAMAN, AND
COMMANDER GREGORY BROSWELL,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, the following Final Judgment is hereby entered, pursuant to the Order, docket entry 45 of Judge R. Brooke Jackson entered on 12/29/2014 it is ORDERED that, Defendant's motion to dismiss filed 5/1/2014, [38], is granted.

    FURTHER ORDERED that the Recommendation of United States Magistrate Shaffer, docket entry 44 is AFFIRMED and ADOPTED. Plaintiff's claims are DISMISSED with prejudice, and Defendant's Motion to Dismiss, docket entry 38 is GRANTED. Pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 defendants are awarded their costs.

    Dated at Denver, Colorado this 29th day of December, 2014.

    FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ T.Schaffer
     T.Schaffer
     Deputy Clerk